OSWEGO FALLS CORPORATION, Respondent, v. INTERVALE FARMS, INC., Appellant.  (Action No. 1.)  INTERVALE FARMS, INC., Appellant, v. SEALRIGHT COMPANY, INC., and OSWEGO FALLS CORPORATION, Respondents.  (Action No. 2.)— Order affirmed, with ten dollars costs and disbursements.  All concur.  (The order grants motion of the Oswego Falls Corporation to consolidate the two actions and

fixes the place of trial of the consolidated action in Oswego county, the first action being for goods sold and delivered and the second action being for breach of warranty.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.